Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Berakah Investment Solutions, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | DFW Lease Option |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-3833087 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9024 Bretshire Dr | |
| Number    Street | Number    Street |
| | P.O. Box |
| Dallas          TX    75228 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas County | |
| County | Number    Street |
| | City          State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | Berakah Investment Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

531110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
         MM / DD / YYYY

         District _____ When _____ Case number _____
         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
         MM / DD / YYYY

         Case number, if known _____

| Debtor | Berakah Investment Solutions, LLC | Case number (if known) |
|--------|------------------------------------|------------------------|
|        | Name |  |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number        Street

_____

City _____ State _____ ZIP Code _____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Berakah Investment Solutions, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/04/2019
              MM / DD / YYYY

✖ /s/ LaShantell Williams                         LaShantell Williams
Signature of authorized representative of debtor    Printed name

Title   Member

**18. Signature of attorney**

✖ /s/ Robert Newark                    Date   02/04/2019
Signature of attorney for debtor              MM / DD / YYYY

Robert Newark
Printed name

A Newark Firm
Firm name

1341 W. Mockingbird Lane 600W
Number        Street

Dallas                          TX        75247
City                            State     ZIP Code

866-230-7236                    office@newarkfirm.com
Contact phone                   Email address

24040097                        TX
Bar number                      State

---

**Fill in this information to identify the case:**

Debtor name _____Berakah Investment Solutions, LLC_____

United States Bankruptcy Court for the: _____Northern District of Texas_____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................
   $ 1,945,460.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................
   $ 38,039.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................
   $ 1,983,499.00

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................
   $ 1,616,051.31

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................
   $ 9,241.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................
   **+**$ 22,856.31

4. **Total liabilities**...................................................................................................................
   Lines 2 + 3a + 3b
   $ 1,648,148.62

**Fill in this information to identify the case:**

Debtor name ___Berakah Investment Solutions, LLC___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Boxer Property 8035 E. R.L. Thornto Fwy Ste 410 Dallas, TX, 75228 | | Services | | | | 21,133.32 |
| 2 | City of Dallas - Water Dallas City Secretary Office 1500 Marilla St Ste 5DS Dallas, TX, 75201 | | Utility Services | | | | 808.52 |
| 3 | Atmos Energy P.O. Box 650205 Dallas, TX, 75265 | | Utility Services | | | | 492.54 |
| 4 | Spectrum 565 Chenault St Dallas, TX, 75228 | | Utility Services | | | | 421.93 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Berakah Investment Solutions, LLC
   Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name  Berakah Investment Solutions, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**      $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 9  8  6  0 | $ Unknown |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**      $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

Debtor   Berakah Investment Solutions, LLC
         _____
         Name

Case number *(if known)*_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:  18,135.00 _____ – 0.00 _____ = ........➔   $ 18,135.00 _____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     7,454.00 _____ – 0.00 _____ = ........➔   $ 7,454.00 _____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 25,589.00 _____

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor   Berakah Investment Solutions, LLC
_____   Case number (if known)_____
Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Raw Materials | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $ 200.00 <br> _____ |
| 20. **Work in progress** <br> Work in Progress | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $ 10,000.00 <br> _____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | ___ / ___ / ___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 10,200.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor   Berakah Investment Solutions, LLC
         Name

Case number (if known) _____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Office Furniture | $ _____ | _____ | $ 1,500.00 |
| **40. Office fixtures** | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and Printers | $ _____ | _____ | $ 750.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | · $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,250.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____    Case number _(if known)_____
        Berakah Investment Solutions, LLC
        Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Berakah Investment Solutions, LLC
_____
Name    Case number (if known)_____

<div style="background:black;color:white;padding:2px;">

**Part 9:    Real property**

</div>

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1616 Allen Dr, Cedar Hill, TX  75104 | Fee Simple | $_____ | _____ | $ 160,100.00 |
| 55.2  5712 Trail Lake Dr., Fort Worth, TX | Fee Simple | $_____ | _____ | $ 208,000.00 |
| 55.3  See continuation sheet | | $ 0.00 | | $ 1,577,360.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,945,460.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

<div style="background:black;color:white;padding:2px;">

**Part 10:    Intangibles and intellectual property**

</div>

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>breakahrealestate.com | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor _____   Case number *(if known)*_____
    Berakah Investment Solutions, LLC
    Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

   ☑ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ — _____ = ➜ $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $_____
_____ Tax year _____ $_____
_____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**

_____ $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____ $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ $_____
_____ $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    Berakah Investment Solutions, LLC                     Case number *(if known)*_____
          Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 25,589.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 10,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➔ | | $ 1,945,460.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 38,039.00 | + 91b. $ 1,945,460.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................. 1,983,499.00     $ 1,983,499.00

| Debtor 1 | | | | | Case number (if known)_____ |
|---|---|---|---|---|---|
| | Berakah Investment Solutions, LLC | | | | |
| | First Name | Middle Name | Last Name | | |

## <u>Continuation Sheet for Official Form 206 A/B</u>

**55) Real property**

| | | |
|---|---|---|
| **6209 Silvery Moon Dr.,Dallas, TX** | | **95,820.00** |
| **Fee Simple** | | |
| **9024 Bretshire, Dallas TX  75228** | | **305,000.00** |
| **Fee Simple** | | |
| **7826 Burton Dallas, TX** | | **116,540.00** |
| **Fee Simple** | | |
| **12335 Creekspan Dr, Dallas, TX  75228** | | **349,000.00** |
| **Fee Simple** | | |
| **6210 Loydhill Ln, Fort Worth, TX 76135** | **0.00** | **166,000.00** |
| **Fee Simple** | | |
| **3442 Cross Bow Lane, Garland TX 75044** | | **279,500.00** |
| **Fee Simple** | | |
| **4543 Westchester Glen, Grand Prairie, TX  75052** | | **265,500.00** |
| **Fee Simple** | | |

**Fill in this information to identify the case:**

Debtor name _____ Berakah Investment Solutions, LLC

United States Bankruptcy Court for the: __Northern District of Texas__District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1** **Creditor's name**
ABF Servicing

**Describe debtor's property that is subject to a lien**

Column A: $ 10,000.00    Column B: $ Unknown

**Creditor's mailing address**
40 Exchange Place Ste 1306
New York, NY 10005

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
Azben Limited, LLC

**Describe debtor's property that is subject to a lien**
5712 Trail Lake Dr., Fort Worth, TX

$154,919.13    $208,000.00

**Creditor's mailing address**
1223 Clearview Ave
Ste 103, Meza, AZ 85209

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   Azben Limited, LLC, 0th; Leo Zamora, 0th
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,616,051.31

Debtor _____Berakah Investment Solutions, LLC_____ Case number _(if known)_____
       Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---------|-----------------|--------------------------------------------------------------------|-----------------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Azben Limited, LLC

**Describe debtor's property that is subject to a lien**

12335 Creekspan Dr, Dallas, TX  75228

$291,288.20        $349,000.00

**Creditor's mailing address**

1223 Clearview Ave
Ste 103, Meza, AZ 85209

**Creditor's email address, if known**

**Date debt was incurred**  8/22/18
**Last 4 digits of account number**  _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Deborah Boultinghouse, 0th

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Azben Limited, LLC

**Describe debtor's property that is subject to a lien**

1616 Allen Dr, Cedar Hill, TX  75104

$141,726.43        $160,100.00

**Creditor's mailing address**

1223 Clearview Ave
Ste 103, Meza, AZ 85209

**Creditor's email address, if known**

**Date debt was incurred**  3/19/18
**Last 4 digits of account number**  _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Dexter Dumas, 0th

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _2_ of _11_

Debtor   Berakah Investment Solutions, LLC _____ Case number *(if known)*_____
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|----------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Azben Limited, LLC

**Describe debtor's property that is subject to a lien**
6210 Loydhill Ln, Fort Worth, TX  76135

$121,942.48            $166,000.00

_____

**Creditor's mailing address**

1223 Clearview Ave
Ste 103, Meza, AZ 85209

**Creditor's email address, if known**

_____

**Date debt was incurred**   1/18/18
**Last 4 digits of account number**   _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Franscisco De La Rosa, 0th

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
Azben Limited, LLC

**Describe debtor's property that is subject to a lien**
7826 Burton Dallas, TX

$111,919.15            $116,540.00

_____

**Creditor's mailing address**

1223 Clearview Ave
Ste 103, Meza, AZ 85209

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Grove, Efrem Nunez Del Pino, 0th

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Berakah Investment Solutions, LLC
_____
Name

Case number *(if known)*_____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
Azben Limited, LLC
_____

**Creditor's mailing address**

1223 Clearview Ave
_____
Ste 103, Meza, AZ 85209
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 6/29/18
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Tedros Hailu, 0th

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3442 Cross Bow Lane, Garland TX  75044

$233,584.94         $279,500.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** **Creditor's name**
Azben Limited, LLC
_____

**Creditor's mailing address**

1223 Clearview Ave
_____
Ste 103, Meza, AZ 85209
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Michael Campbell, 0th

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

9024 Bretshire, Dallas TX  75228

$254,814.65         $305,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Berakah Investment Solutions, LLC
_____   Case number (if known)_____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
Azben Limited, LLC

Creditor's mailing address

1223 Clearview Ave
Ste 103, Meza, AZ 85209

Creditor's email address, if known

Date debt was incurred   10/21/18
Last 4 digits of account number   _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Blanca Cavarez, 0th

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

4543 Westchester Glen, Grand Prairie, TX 75052

$205,753.87   $265,500.00

Describe the lien

Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
Azben Limited, LLC

Creditor's mailing address

1223 Clearview Ave
Ste 103, Meza, AZ 85209

Creditor's email address, if known

Date debt was incurred   3/23/18
Last 4 digits of account number   _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Azben Limited, LLC, 0th; Dayra Escobedoa, 0th

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

6209 Silvery Moon Dr.,Dallas, TX

$90,102.46   $95,820.00

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Berakah Investment Solutions, LLC _____    Case number (if known)_____
         Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
Blanca Cavarez

**Describe debtor's property that is subject to a lien**

4543 Westchester Glen, Grand Prairie, TX 75052

$ Unknown          $ 265,500.00

**Creditor's mailing address**

2825 West Davis St
Dallas, TX 75211

**Creditor's email address, if known**

**Describe the lien**

_____

**Date debt was incurred**   10/21/18
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines  2.3

---

**2.12** **Creditor's name**
Dayra Escobedoa

**Describe debtor's property that is subject to a lien**

6209 Silvery Moon Dr.,Dallas, TX

$ Unknown          $ 95,820.00

**Creditor's mailing address**

7923 Kansas Ave
Dallas, TX 75247

**Creditor's email address, if known**

**Describe the lien**

Agreement you made

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines  2.4

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   Berakah Investment Solutions, LLC
         Name                                    Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name
Deborah Boultinghouse

_____

Creditor's mailing address

3230 Santa Teresa
Dallas, TX 75228

_____

Creditor's email address, if known

_____

Date debt was incurred    8/22/18
Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**

12335 Creekspan Dr, Dallas, TX  75228

$Unknown                           $349,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name
Dexter Dumas

_____

Creditor's mailing address

661 Cedar Elm Trail
Forney, TX 75126

_____

Creditor's email address, if known

_____

Date debt was incurred    3/19/2018
Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

1616 Allen Dr, Cedar Hill, TX  75104

$Unknown                           $160,100.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Berakah Investment Solutions, LLC
_____    Case number *(if known)*_____
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15** **Creditor's name**
Franscisco De La Rosa
_____

**Creditor's mailing address**

11514 Elm St
Lynwood, CA 90262
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   1/18/18
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**

6210 Loydhill Ln, Fort Worth, TX  76135

$Unknown    $166,000.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**
Grove, Efrem Nunez Del Pino
_____

**Creditor's mailing address**

8427 Lake June Rd
Dallas, TX 75217
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   4/17/18
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

7826 Burton Dallas, TX

$ Unknown    $116,540.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  8  of  11

Debtor _____ Case number _(if known)_____
Berakah Investment Solutions, LLC
Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.17** Creditor's name
Leo Zamora

Describe debtor's property that is subject to a lien

5712 Trail Lake Dr., Fort Worth, TX

$ Unknown        $ 208,000.00

_____

**Creditor's mailing address**

3329 S. Garland Ave
Garland, TX 75041

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 3/15/2018

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18** Creditor's name
Michael Campbell

Describe debtor's property that is subject to a lien

9024 Bretshire, Dallas TX  75228

$ Unknown        $ 305,000.00

_____

**Creditor's mailing address**

5600 W. Lovers Lane
Ste 224, Dallas, TX 75209

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Berakah Investment Solutions, LLC
          Name                                                    Case number *(if known)*_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** Creditor's name
Tedros Hailu

_____

**Creditor's mailing address**

2513 Comostock Ln
Mesquite, TX 75181

_____

**Creditor's email address, if known**

_____

Date debt was incurred    6/29/18
Last 4 digits of account
number    _____

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**

3442 Cross Bow Lane, Garland TX  75044

$ Unknown        $ 279,500.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Berakah Investment Solutions, LLC
         Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| J. Richard Tubb<br>14841 Dallas Pkwy, Ste 760<br>Dallas, TX, 75254 | Line 2. 18 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Berakah Investment Solutions, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Catrice Giles<br>2929 Handley<br>Fort Worth, TX, 76112 | **As of the petition filing date, the claim is:** $ 800.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 800.00 |
| | **Date or dates debt was incurred**<br>2/1/2019 | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Dallas County Tax Office<br>1201 Elm Street<br>Ste 2600<br>Dallas, TX, 75270 | **As of the petition filing date, the claim is:** $ 3,825.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,825.00 |
| | **Date or dates debt was incurred**<br>2017 | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA, 19101 | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

Debtor ___Berakah Investment Solutions, LLC_____    Case number _(if known)_____
       Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

2.⁴ ☐ **Priority creditor's name and mailing address**                                                             $ 4,616.00        $ _____
Tarrant County Tax Office
100 E. Weatherford
Fort Worth, TX, 76196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    Taxes & Other Government Units
                                             _____
**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.__ ☐ **Priority creditor's name and mailing address**                                                          $ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    _____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.__ ☐ **Priority creditor's name and mailing address**                                                          $ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    _____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.__ ☐ **Priority creditor's name and mailing address**                                                          $ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )**

Debtor  Berakah Investment Solutions, LLC
_____        Case number _(if known)_____
Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
Atmos Energy
P.O. Box 650205
Dallas, TX, 75265

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 492.54

Date or dates debt was incurred     12/1/18
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Boxer Property
8035 E. R.L. Thornto Fwy
Ste 410
Dallas, TX, 75228

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 21,133.32

Date or dates debt was incurred     11/1/2018
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
City of Dallas - Water
Dallas City Secretary Office
1500 Marilla St Ste 5DS
Dallas, TX, 75201

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 808.52

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Spectrum
565 Chenault St
Dallas, TX, 75228

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 421.93

Date or dates debt was incurred     11/1/18
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____Speaker Investment Solutions, LLC_____   Case number _(if known)_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 9,241.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 22,856.31 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 32,097.31 |

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     page 4 of 4

**Fill in this information to identify the case:**

Debtor name __Berakah Investment Solutions, LLC__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease Agreement<br>Lessee<br><br>Boxer Property<br>2727 LBJ Freeway<br>Ste 610<br>Dallas, TX, 75234 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Berakah Investment Solutions, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _____Berakah Investment Solutions, LLC_____

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:     Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___/___/___ MM / DD / YYYY to  Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** From ___/___/___ MM / DD / YYYY to ___/___/___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** From ___/___/___ MM / DD / YYYY to ___/___/___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   |  | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___/___/___ MM / DD / YYYY to  Filing date | _____ | $_____ |
   | **For prior year:** From ___/___/___ MM / DD / YYYY to ___/___/___ MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** From ___/___/___ MM / DD / YYYY to ___/___/___ MM / DD / YYYY | _____ | $_____ |

| Debtor | Berakah Investment Solutions, LLC | Case number (if known) |
|--------|-----------------------------------|------------------------|
| | Name | |

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|-----------------------------|-------|-----------------------|------------------------------------------------------------|
| 3.1. | _____<br>Creditor's name | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|----------------------------|-------|-----------------------|----------------------------------|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

| Debtor | Berakah Investment Solutions, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | Dallas County JP 4-1 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** _____ | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** _____ | | | |

| Debtor | Berakah Investment Solutions, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. One Church America | Tithing and Offerings | 12/31/2018 | $29,000.00 |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Berakah Investment Solutions, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Berakah Investment Solutions, LLC
          _____
          Name

Case number *(if known)*_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   **Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Berakah Investment Solutions, LLC | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name                              |                        |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------|-----------------------------|
| 15.1. _____ Facility name |  | _____ |
|  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|  |  | *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------|-----------------------------|
| 15.2. _____ Facility name |  | _____ |
|  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|  |  | *Check all that apply:* ☐ Electronically ☐ Paper |

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Berakah Investment Solutions, LLC | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|
|        | Name                              |                          |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank <br> Name | XXXX– 9860 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 11/1/2018 | $ Unknown |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

Debtor    Berakah Investment Solutions, LLC
_____    Case number (if known)_____
Name

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | | | |

| Part 12: | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

Debtor    Berakah Investment Solutions, LLC
_____    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Berakah Royalty Investments, LLC Name 1111 E. Mockingbird Ln Dallas, TN 75821 | Real Estate Investment | EIN: _____ Dates business existed From 12/27/2017    To _____ |
| 25.2. | G13 Housing Authority Name 1111 E. Mockingbird Ln Dallas, TN 75821 | Real Estate Service | EIN: _____ Dates business existed From 1/13/16    To 12/31/17 |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____    To _____ |

---

Debtor    Berakah Investment Solutions, LLC
          _____     Case number (if known)_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Debtor      Berakah Investment Solutions, LLC
_____      Case number (if known)_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
          Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
          Name

| Name and address |
|---|

26d.2.    _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
         Name

Debtor    Berakah Investment Solutions, LLC
_____    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| _____ | | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | | |
| 27.2. | _____ | | |
| | Name | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Chibuzo Nwanju | 9024 Bretshire Dr, Dallas, TX 75228 | Managing Director | _____ |
| LaShantell Williams | 9024 Bretshire Dr, Dallas, TX 75228 | Managing Member | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. _____ | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor      Berakah Investment Solutions, LLC _____      Case number (if known)_____
_____
Name

| | Name and address of recipient | | _____ | _____ |
|---|---|---|---|---|
| 30.2 | _____ | | | _____ |
| | Name | | | _____ |
| | | | | _____ |
| | | | | _____ |
| | Relationship to debtor | | | _____ |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**      **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/04/2019
_____
MM  / DD  / YYYY

✖ /s/ LaShantell Williams                                       Printed name  LaShantell Williams
_____                                 _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Member
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name _____Berakah Investment Solutions, LLC_____

United States Bankruptcy Court for the: _Northern District of Texas____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/04/2019__          ✖ /s/ LaShantell Williams
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                        LaShantell Williams
                                        Printed name

                                        Member
                                        Position or relationship to debtor

United States Bankruptcy Court

Northern District of Texas

In re:   Berakah Investment Solutions, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____ 02/04/2019 _____

/s/ LaShantell Williams
_____
Signature of Individual signing on behalf of debtor

Member
_____
Position or relationship to debtor

ABF Servicing
40 Exchange Place Ste 1306
New York, NY 10005


Atmos Energy
P.O. Box 650205
Dallas, TX 75265


Azben Limited, LLC
1223 Clearview Ave
Ste 103
Meza, AZ 85209


Blanca Cavarez
2825 West Davis St
Dallas, TX 75211


Boxer Property
2727 LBJ Freeway
Ste 610
Dallas, TX 75234


Boxer Property
8035 E. R.L. Thornto Fwy
Ste 410
Dallas, TX 75228


Catrice Giles
2929 Handley
Fort Worth, TX 76112


City of Dallas - Water
Dallas City Secretary Office
1500 Marilla St Ste 5DS
Dallas, TX 75201


Dallas County Tax Office
1201 Elm Street
Ste 2600
Dallas, TX 75270


Dayra Escobedoa
7923 Kansas Ave
Dallas, TX 75247


Deborah Boultinghouse
3230 Santa Teresa
Dallas, TX 75228


Dexter Dumas
661 Cedar Elm Trail
Forney, TX 75126

Franscisco De La Rosa
11514 Elm St
Lynwood, CA 90262


Grove, Efrem Nunez Del Pino
8427 Lake June Rd
Dallas, TX 75217


Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101


J. Richard Tubb
14841 Dallas Pkwy, Ste 760
Dallas, TX 75254


Leo Zamora
3329 S. Garland Ave
Garland, TX 75041


Michael Campbell
5600 W. Lovers Lane
Ste 224
Dallas, TX 75209


Spectrum
565 Chenault St
Dallas, TX 75228


Tarrant County Tax Office
100 E. Weatherford
Fort Worth, TX 76196


Tedros Hailu
2513 Comostock Ln
Mesquite, TX 75181

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Texas

**In re** Berakah Investment Solutions, LLC

Case No. _____

**Debtor**

Chapter ___11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 0.00_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 0.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.   [Other provisions as needed]



6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/04/2019

*Date*

/s/ Robert Newark, 21992

*Signature of Attorney*

A Newark Firm

*Name of law firm*

1341 W. Mockingbird Lane
600W
Dallas, TX 75247
office@newarkfirm.com